UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PERFECTO SANCHEZ,<br><br>        Defendant. | No. CR-07-2025-FVS-1<br><br>ORDER OF DISMISSAL |

**IT IS HEREBY ORDERED:**

The government's oral motion for dismissal of the Indictment is GRANTED.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___1st___ day of February, 2008.

                            s/ Fred Van Sickle
                             Fred Van Sickle
                  United States District Judge

ORDER OF DISMISSAL- 1